ACAR Leasing LTD d/b/a GM Financial Leasing
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                           Bky. No. 17-13720-SR-13

Daniel J. Ferst and Tara M. Ferst                                                Chapter 13

   Debtor(s)

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Comes now, ACAR Leasing LTD d/b/a GM Financial Leasing, a creditor in the above-captioned case, and files this Withdrawal of Proof of Claim for the claim # 2 filed in the above-styled and numbered case on June 12, 2017

Respectfully submitted,

/s/ Angelo J Aguilar

ACAR Leasing LTD d/b/a GM Financial Leasing
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538



FILED
AUG 1 2017
TIMOTHY McGRATH, CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on this 7/21/2017, a true and correct copy of the Notice of Withdrawal of Proof of Claim was electronically served using CM/ECF system, namely Frederick L. Reigle, and DANIEL P. MUDRICK.

Further, I certify that on 7/21/2017, copies of the Notice of Withdrawal of Proof of Claim were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

/s/ Angelo J Aguilar

Daniel J. Ferst
Tara M. Ferst
65 Pine Lane
Gilbertsville, PA 19525-9116

DANIEL P. MUDRICK
One West First Avenue
Suite 101
Conshohocken, PA 19428

Frederick L. Reigle
2901 Saint Lawrence Avenue   Reading, PA 19606

US Trustee