# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DANIEL J. FERST | : | CHAPTER 13 |
| | TARA M. FERST | : | NO. 17-13720JKF |

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, Daniel P. Mudrick, Esquire, Counsel for Debtors, hereby certify, pursuant to Local Bankruptcy Rule 9013.3(d), that:

1. Debtors' Application for Approval of Counsel Fees was filed of record with this Court on January 24, 2018;

2. Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on January 24. 2018; and

3. As of this date, Counsel for Debtors has received no Answer or Objection from any interested party to the granting of this Application.


Dated:   2/14/2018

/s/ Daniel P. Mudrick
Daniel P. Mudrick, Esquire
Attorney for Debtors
One West First Avenue, Suite 101
Conshohocken, PA 19428-6800
(610) 832-0100