# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DANIEL J. FERST    :    CHAPTER 13
TARA M. FERST    :    NO. 17-13720JKF

## ORDER

AND NOW, this       day of              , 2018, upon consideration of the Debtors' Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $2,500.00 charged to the Debtors be approved and that $1,500.00 be paid to counsel for Debtors from payments received by the Standing Chapter 13 Trustee from the Debtors.

**Date: February 22, 2018**

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge