```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 17-13720-jkf
Daniel J. Ferst                                                     Chapter 13
Tara M. Ferst
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore         Page 1 of 1         Date Rcvd: Feb 22, 2018
                             Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.
```
db/jdb         Daniel J. Ferst,    Tara M. Ferst,    65 Pine Lane,    Gilbertsville, PA 19525-9116
cr            +ACAR Leasing LTD d/b/a GM Financial Leasing,    P O Box 183853,    Arlington, TX 76096-3853
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Feb 23 2018 02:06:47     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2018 02:06:18
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 23 2018 02:06:43     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:04:34     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:
```
              DANIEL P. MUDRICK    on behalf of Joint Debtor Tara M. Ferst dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Daniel J. Ferst dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    DANIEL J. FERST    :    CHAPTER 13
TARA M. FERST    :    NO. 17-13720JKF

**ORDER**

AND NOW, this      day of                    , 2018, upon consideration of the Debtors' Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $2,500.00 charged to the Debtors be approved and that $1,500.00 be paid to counsel for Debtors from payments received by the Standing Chapter 13 Trustee from the Debtors.

**Date: February 22, 2018**

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge