United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel J. Ferst  
Tara M. Ferst  
    Debtors

Case No. 17-13720-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Feb 23, 2018  
                    Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.  
db/jdb        Daniel J. Ferst,   Tara M. Ferst,   65 Pine Lane,   Gilbertsville, PA  19525-9116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:  
           DANIEL P. MUDRICK    on behalf of Debtor Daniel J. Ferst dpmudrick@verizon.net,  
     G30229@notify.cincompass.com  
           DANIEL P. MUDRICK    on behalf of Joint Debtor Tara M. Ferst dpmudrick@verizon.net,  
     G30229@notify.cincompass.com  
           FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
           POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
     ecf_frpa@trustee13.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                     TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Daniel J. Ferst and Tara M. Ferst
    Debtor(s)

Chapter: 13
Bankruptcy No: 17−13720−jkf

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 22, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Jean K. FitzSimon
    Judge ,
    United States Bankruptcy Court

41
Form 155