# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daniel J. Ferst<br>        Tara M. Ferst<br>                Debtors<br><br>NATIONSTAR MORTGAGE LLC<br>                Movant<br>        vs.<br>Daniel J. Ferst<br>Tara M. Ferst<br>                Debtors<br><br>Frederick L. Reigle Esq.<br>                Trustee | CHAPTER 13<br><br><br><br>NO. 17-13720 JKF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from the Automatic Stay of NATIONSTAR MORTGAGE LLC, which was filed with the Court on or about February 27, 2018 (Doc. No. 44).

    Respectfully submitted,

    **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    Attorney for Movant
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    215-627-1322

March 28, 2018