IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: DANIEL J. FERST | ) | |
| TARA M. FERST | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| ACAR LEASING LTD | ) | Case No.: 17-13720 (JKF) |
| d/b/a GM FINANCIAL LEASING | ) | |
| **Moving Party** | ) | **Hearing Date: 5-16-18 at 9:30 AM** |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| DANIEL J. FERST | ) | |
| TARA M. FERST | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| FREDERICK L. REIGLE | ) | |
| **Trustee** | | |

## ORDER LIFTING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted ~~pursuant to the authority granted in Fed. R. Bankr. P., Rule 4001(a)(3)~~ as to the movant to pursue the movant's rights in the personal property described as a **2015 GMC Sierra** bearing vehicle identification number 3GTU2UECXFG179626 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law. Rule 4001(a)(3) is not applicable to this proceeding.

Date:    May 21, 2018

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon