United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 17-13720-jkf
Daniel J. Ferst                                               Chapter 13
Tara M. Ferst
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: May 21, 2018
                              Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.
db/jdb          Daniel J. Ferst,   Tara M. Ferst,   65 Pine Lane,   Gilbertsville, PA 19525-9116
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,   P O Box 183853,   Arlington, TX 76096-3853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 22 2018 02:00:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2018 02:00:41
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2018 02:00:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 02:08:43     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Joint Debtor Tara M. Ferst dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Daniel J. Ferst dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: DANIEL J. FERST<br>TARA M. FERST<br>**Debtor(s)** | CHAPTER 13 |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING | Case No.: 17-13720 (JKF) |
| **Moving Party** | Hearing Date: 5-16-18 at 9:30 AM |
| v. | 11 U.S.C. 362 |
| DANIEL J. FERST<br>TARA M. FERST<br>**Respondent(s)** | |
| FREDERICK L. REIGLE<br>**Trustee** | |

### ORDER LIFTING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted ~~pursuant to the authority granted in Fed. R. Bankr. P., Rule 4001(a)(3)~~ as to the movant to pursue the movant's rights in the personal property described as a **2015 GMC Sierra** bearing vehicle identification number 3GTU2UECXFG179626 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law. Rule 4001(a)(3) is not applicable to this proceeding.

Date: May 21, 2018

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon