United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel J. Ferst  
Tara M. Ferst  
    Debtors

Case No. 17-13720-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Nov 27, 2019  
Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
13975161    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
    (address filed with court:   Nationstar Mortgage, LLC,   ATTN: Bankruptcy Department,
    P.O. Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:
      DANIEL P. MUDRICK    on behalf of Debtor Daniel J. Ferst dpmudrick@verizon.net, G30229@notify.cincompass.com  
      DANIEL P. MUDRICK    on behalf of Joint Debtor Tara M. Ferst dpmudrick@verizon.net, G30229@notify.cincompass.com  
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
      SARAH K. MCCAFFERY    on behalf of Creditor    CSMC 2019-SPL1 Trust smccaffery@squirelaw.com  
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                            TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-13720-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Daniel J. Ferst
65 Pine Lane
Gilbertsville PA 19525-9116

Tara M. Ferst
65 Pine Lane
Gilbertsville PA 19525-9116

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/26/2019.

Name and Address of Alleged Transferor(s):

Claim No. 9: Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

CSMC 2019-SPL1 Trust
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/29/19

Tim McGrath
**CLERK OF THE COURT**