# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DANIEL J. FERST | : | CHAPTER 13 |
| | TARA M. FERST | : | NO. 17-13720JKF |

## CERTIFICATE OF NO ANSWER OR OBJECTION

    I, Daniel P. Mudrick, Esquire, Counsel for Debtors, hereby certify, pursuant to Local Bankruptcy Rule 9013.3(d), that:

    1.    Debtors' Motion to Modify Plan After Confirmation was filed of record with this Court on February 3, 2020;

    2.    Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on February 3, 2020; and

    3.    As of this date, Counsel for Debtors has received no Answer or Objection from any interested party to the granting of this Motion.

Dated:    4/07/2020

/s/ Daniel P. Mudrick
Daniel P. Mudrick, Esquire
Attorney for Debtors
325 Sentry Parkway
Building 5W - Suite 320
Blue Bell, PA 19422
(610) 832-0100