**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DANIEL J. FERST | : | CHAPTER 13 |
| | TARA M. FERST | : | NO. 17-13720JKF |

**ORDER**

AND NOW, this         day of                          , 2020, upon consideration of the within Motion to Modify Chapter 13 Plan After Confirmation, after notice and hearing thereon, it is hereby

**ORDERED** and **DETERMINED** that the Motion to Modify Chapter 13 Plan is hereby **APPROVED**.

**Date: May 27, 2020**

_____
JEAN K. FITZSIMON,
United States Bankruptcy Judge