United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Daniel J. Ferst
Tara M. Ferst
    Debtors

Case No. 17-13720-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: JEGilmore　　　Page 1 of 1　　　Date Rcvd: May 27, 2020
　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2020.
db/jdb　　　Daniel J. Ferst,   Tara M. Ferst,   65 Pine Lane,   Gilbertsville, PA 19525-9116
cr　　　　+ACAR Leasing LTD d/b/a GM Financial Leasing,   P O Box 183853,   Arlington, TX 76096-3853
cr　　　　ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg　　　E-mail/Text: megan.harper@phila.gov May 28 2020 04:42:50   City of Philadelphia,
　　　　City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
　　　　Philadelphia, PA 19102-1595
smg　　　E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2020 04:42:27
　　　　Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
　　　　Harrisburg, PA 17128-0946
smg　　+E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 28 2020 04:42:40   U.S. Attorney Office,
　　　　c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr　　　+E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:48:48   Synchrony Bank,
　　　　c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2020 at the address(es) listed below:
　　　DANIEL P. MUDRICK   on behalf of Debtor Daniel J. Ferst dpmudrick@verizon.net,
　　　　G30229@notify.cincompass.com
　　　DANIEL P. MUDRICK   on behalf of Joint Debtor Tara M. Ferst dpmudrick@verizon.net,
　　　　G30229@notify.cincompass.com
　　　POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
　　　REBECCA ANN SOLARZ   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
　　　SARAH K. MCCAFFERY   on behalf of Creditor    CSMC 2019-SPL1 Trust sarah.mccaffery@powerskirn.com
　　　SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　WILLIAM EDWARD CRAIG   on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
　　　　ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DANIEL J. FERST         :   CHAPTER 13
         TARA M. FERST           :   NO. 17-13720JKF

## ORDER

AND NOW, this        day of                    , 2020, upon consideration of the within Motion to Modify Chapter 13 Plan After Confirmation, after notice and hearing thereon, it is hereby

**ORDERED** and **DETERMINED** that the Motion to Modify Chapter 13 Plan is hereby **APPROVED**.

**Date: May 27, 2020**

_____
JEAN K. FITZSIMON,
United States Bankruptcy Judge