| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-13720-AMC

DANIEL J. FERST
TARA M. FERST
65 PINE LANE
GILBERTSVILLE  PA    19525-9116

Petition Filed Date: 05/30/2017
341 Hearing Date: 08/11/2017
Confirmation Date: 02/22/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $450.00 | | 02/19/2019 | $450.00 | | 04/03/2019 | $450.00 | |
| 04/22/2019 | $450.00 | | 05/30/2019 | $450.00 | Automatic Payr | 07/08/2019 | $450.00 | Automatic Payr |
| 07/22/2019 | $450.00 | Automatic Payr | 08/26/2019 | $450.00 | Automatic Payr | 09/23/2019 | $450.00 | Automatic Payr |
| 10/23/2019 | $450.00 | | 11/22/2019 | $450.00 | | 12/26/2019 | $450.00 | |
| 01/23/2020 | $450.00 | | 02/25/2020 | $450.00 | | 03/23/2020 | $450.00 | |

**Total Receipts for the Period: $6,750.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,795.02**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ACAR LEASING LTE DBA »» 001 | Unsecured Creditors | $5,994.10 | $0.00 | $5,994.10 |
| 7 | ACAR LEASING LTE DBA »» 007 | Unsecured Creditors | $7,206.56 | $0.00 | $7,206.56 |
| 26 | BRANCH BANKING & TRUST CO »» 026 | Unsecured Creditors | $295.18 | $0.00 | $295.18 |
| 25 | BECKET & LEE, LLP »» 025 | Unsecured Creditors | $522.47 | $0.00 | $522.47 |
| 8 | BECKET & LEE, LLP »» 008 | Unsecured Creditors | $554.19 | $0.00 | $554.19 |
| 31 | CITIBANK NA »» 031 | Unsecured Creditors | $893.29 | $0.00 | $893.29 |
| 30 | EDUCATIONAL CREDIT MGMT CORP »» 030 | Unsecured Creditors | $36,327.62 | $0.00 | $36,327.62 |
| 6 | UNITED STATES TREASURY (IRS) »» 06P | Priority Crediors | $26,182.93 | $11,802.04 | $14,380.89 |
| 6 | UNITED STATES TREASURY (IRS) »» 06U | Unsecured Creditors | $1,590.43 | $0.00 | $1,590.43 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC »» 024 | Unsecured Creditors | $1,061.10 | $0.00 | $1,061.10 |
| 11 | JH PORTFOLIO DEBT EQUITIES LLC »» 011 | Unsecured Creditors | $1,066.73 | $0.00 | $1,066.73 |
| 12 | JH PORTFOLIO DEBT EQUITIES LLC »» 012 | Unsecured Creditors | $408.04 | $0.00 | $408.04 |
| 13 | JH PORTFOLIO DEBT EQUITIES LLC »» 013 | Unsecured Creditors | $833.93 | $0.00 | $833.93 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $1,246.68 | $0.00 | $1,246.68 |

Chapter 13 Case No. 17-13720-AMC

| | | | | | |
|---|---|---|---|---|---|
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,281.89 | $0.00 | $1,281.89 |
| 22 | MERRICK BANK<br>»» 022 | Unsecured Creditors | $2,040.55 | $0.00 | $2,040.55 |
| 23 | MERRICK BANK<br>»» 023 | Unsecured Creditors | $1,682.74 | $0.00 | $1,682.74 |
| 9 | NATIONSTAR MORTGAGE LLC<br>»» 009 | Mortgage Arrears | $525.51 | $0.00 | $525.51 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $501.88 | $226.23 | $275.65 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $23.50 | $0.00 | $23.50 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,081.45 | $0.00 | $1,081.45 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,462.72 | $0.00 | $1,462.72 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,686.16 | $0.00 | $1,686.16 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $1,020.98 | $0.00 | $1,020.98 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $1,673.16 | $0.00 | $1,673.16 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $3,603.66 | $0.00 | $3,603.66 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,595.89 | $0.00 | $1,595.89 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $3,219.40 | $0.00 | $3,219.40 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $896.92 | $0.00 | $896.92 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $325.16 | $0.00 | $325.16 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $429.53 | $0.00 | $429.53 |
| 10 | SN SERVICING CORPORATION<br>»» 010 | Mortgage Arrears | $19,400.81 | $0.00 | $19,400.81 |
| 32 | DANIEL P MUDRICK ESQ<br>»» 032 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,795.02 | Current Monthly Payment: | $1,546.48 |
| Paid to Claims: | $13,528.27 | Arrearages: | $3,092.96 |
| Paid to Trustee: | $1,266.75 | Total Plan Base: | $53,457.02 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.