United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13720-amc |
| Daniel J. Ferst | Chapter 13 |
| Tara M. Ferst | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | ACAR Leasing LTD d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 13934112 | | ACAR LEASING LTD d/b/a GM FIN LEASING, PO Box 183853, Arlington, TX 76096-3853 |
| 14169985 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, Texas 76096-3853 |
| 13933321 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183692, Arlington, TX 76096-3692 |
| 13934114 | | BEST BUY/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13934113 | | Barclay's Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 14426702 | + | CSMC 2019-SPL1 Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14427391 | + | CSMC 2019-SPL1 Trust, c/o Sarah K. McCaffery, Esquire, One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 13961489 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14005713 | | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14127923 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13934121 | | FIRST PREMIER BANK, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 13934127 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, NATIONSTAR MORTGAGE LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 13934129 | | NORRIS, MCLAUGHLIN & MARCUS, P.A., 515 Hamilton St Ste 502, Allentown, PA 18101-1513 |
| 14004248 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14551241 | + | SN Servicing Corporation servicer for NS0154 LLC, c/o Lorraine Gazzara Doyle, Esquire, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 13995083 + | Email/Text: bankruptcy@bbandt.com | Nov 05 2020 03:14:00 | BB&T, Bankruptcy Section, Po Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 13934115 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 05 2020 03:00:37 | CAPITAL ONE BANK USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13934116 | Email/Text: DATA@COLLECTIONCENTERIND.COM | Nov 05 2020 03:15:00 | COLLECTION CENTER INC., PO Box 8666, Lancaster, PA 17604-8666 |
| 13934117 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2020 03:14:00 | COMENITY BANK/VICTORIA'S SECRET, PO Box 182789, Columbus, OH 43218-2789 |
| 13934118 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2020 03:14:00 | COMENITY CAPITAL BANK/BOSCOVS, PO Box 182120, Columbus, OH 43218-2120 |
| 13934119 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2020 03:14:00 | COMMENITY CAPITAL/BOSCOV, PO Box 182120, Columbus, OH 43218-2120 |
| 13934120 | Email/PDF: creditonebknotifications@resurgent.com | Nov 05 2020 02:57:13 | CREDIT ONE BANK, PO Box 98873, Las Vegas, NV 89193-8873 |

District/off: 0313-2                         User: Adminstra                                      Page 2 of 3
Date Rcvd: Nov 04, 2020                      Form ID: pdf900                                      Total Noticed: 40

| | | | |
|---|---|---|---|
| 13934122 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 05 2020 03:14:00 | INTERNAL REVENUE SERVICE, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13934123 | Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2020 03:13:00 | KOHL'S/CAPITAL ONE, PO Box 3115, Milwaukee, WI 53201-3115 |
| 13934124 | Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2020 03:13:00 | KOHLS DEPARTMENT STORE, PO Box 3115, Milwaukee, WI 53201-3115 |
| 13951169 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2020 02:57:13 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13934125 | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 05 2020 03:15:00 | MAB&T RETAIL, PO Box 4499, Beaverton, OR 97076-4499 |
| 13989179 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2020 02:58:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13934126 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2020 02:58:54 | MERRICK BANK, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13934128 | Email/PDF: pa_dc_claims@navient.com | Nov 05 2020 03:00:38 | NAVIENT, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 13934130 | Email/Text: bknotices@snsc.com | Nov 05 2020 03:15:00 | NS0154 LLC, C/O SN SERVICING CORPORATION, 323 5th St, Eureka, CA 95501-0305 |
| 13988079 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2020 02:57:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13926639 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2020 02:58:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13935171 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2020 03:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13991454 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 05 2020 03:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13983414 | Email/Text: bnc-quantum@quantum3group.com | Nov 05 2020 03:14:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13934131 | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2020 02:57:11 | SYNCB/GAP, PO Box 965036, Orlando, FL 32896-5036 |
| 13934132 | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2020 03:00:36 | SYNCB/QVC, PO Box 965036, Orlando, FL 32896-5036 |
| 13934133 | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2020 02:58:52 | SYNCB/WALMART DC, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13934111 | | 17-13720 |
| 13975161 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13982371 | *+ | NS0154 LLC, c/o SN Servicing, 323 5th Street, Eureka CA 95501-0305 |
| 14055311 | ##+ | Mudrick & Zucker, P.C., One West First Avenue, Suite 101, Conshohocken, PA 19428-6800 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0313-2                          User: Adminstra                          Page 3 of 3
Date Rcvd: Nov 04, 2020                       Form ID: pdf900                          Total Noticed: 40

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020                          Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

**Name**                        **Email Address**

CHANDRA M. ARKEMA
                                on behalf of Creditor CSMC 2019-SPL1 Trust carkema@squirelaw.com  vcosme@squirelaw.com,jberry@squirelaw.com

DANIEL P. MUDRICK
                                on behalf of Debtor Daniel J. Ferst dpmudrick@verizon.net  G30229@notify.cincompass.com

DANIEL P. MUDRICK
                                on behalf of Joint Debtor Tara M. Ferst dpmudrick@verizon.net  G30229@notify.cincompass.com

LORRAINE GAZZARA DOYLE
                                on behalf of Creditor SN Servicing Corporation as servicer for NS0154 LLC Lorraine@mvrlaw.com
                                Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

POLLY A. LANGDON
                                on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
                                on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
                                on behalf of Creditor CSMC 2019-SPL1 Trust bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
                                ECFMail@ReadingCh13.com

United States Trustee
                                USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                                on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com
                                mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| DANIEL J. FERST | |
| TARA M. FERST | Bankruptcy No. 17-13720-AMC |
| Debtors | |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 4, 2020**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE